UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-10114-CIV-KING/GARBER

MICHAEL SNYDER a/k/a
MICHAEL McCLOUD,

    Plaintiff,

v.

TOBY KEITH COVEL, individually,
SCOTTY EMERICK, individually,
JAMES STROUD, individually,
SKG MUSIC NASHVILLE LLC, d/b/a
Dreamworks Records Nashville,
UNIVERSAL MUSIC GROUP
DISTRIBUTION, CORP., f/k/a
Universal Music & Video Distribution
Corporation, SONY/ATV SONGS
LLC d/b/a Tree Publishing Company,
TOBY KEITH COVEL d/b/a Tokeco
Tunes, LLC, and BIG YELLOW
DOG, LLC.

    Defendants.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, by and through their respective undersigned attorneys, having resolved all claims, hereby stipulate to the dismissal of this action with prejudice, each party to bear his or its own costs and attorney's fees.

Dated: July 24, 2007.

WILKES & McHUGH
*Counsel for Plaintiff*
1 N. Dale Mabry Highway, Suite 800
Tampa, FL 33609
Telephone: (813) 873-0026
Facsimile: (813) 286-8820

By: _____
GEOFFREY PARMER
Florida Bar No.: 989258
Email: gparmer@wilkesmchugh.com

- and -

Nathan E. Eden, Esq.
Eden & Nevius, P.L.
*Counsel for Plaintiff*
417 Eaton Street
Key West, FL 33040
Telephone: (305) 294-5588
Email: nate24@bellsouth.net

GORDON HARGROVE & JAMES, P.A.
*Counsel for Toby Keith Covel, Tokeko*
 *Tunes, LLC, Universal Music Group*
 *Distribution Corp., SKG Music*
 *Nashville LLC, and James Stroud*
2400 East Commercial Blvd., Suite 1100
Fort Lauderdale, FL 33308
Telephone: (954) 958-2500
Facsimile: (954) 958-2513

By: _____
JOHN R. HARGROVE
Florida Bar No.: 173745
Email: jhargrove@ghj.com
DANA J. McELROY
Florida Bar No.: 845906
Email: dmcelroy@ghj.com

Jeffrey S. Grubman, Esq.
Jeffrey S. Grubman, P.A.
*Counsel for Sony/ATV Songs, LLC d/b/a Tree*
 *Publishing Company and Big Yellow Dog, LLC,*
 *Scotty Emerick*
2385 Executive Center Drive, Suite 360
Boca Raton, FL 33431
Telephone: (561) 393-9733
Facsimile: (561) 393-8770

- and -

Donald Zakarin, Esq.
Pryor Cashman Sherman & Flynn LLP
*Admitted pro hac vice*
*Counsel for Sony/ATV Songs, LLC d/b/a Tree*
 *Publishing Compan, Big Yellow Dog, LLC and*
 *Scotty Emerick*
410 Park Avenue
New York, NY 10022-4441
Telephone: (212) 421-4100
Facsimile: (212) 326-0806

By: _____
DONALD ZAKARIN (DSZ 6355)
Email: dzakarin@pryorcashman.com