# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-10114-CIV-KING/GARBER

MICHAEL SNYDER a/k/a
MICHAEL McCLOUD,

    Plaintiff,

v.

TOBY KEITH COVEL, individually,
SCOTTY EMERICK, individually,
JAMES STROUD, individually,
SKG MUSIC NASHVILLE LLC, d/b/a
Dreamworks Records Nashville,
UNIVERSAL MUSIC GROUP
DISTRIBUTION, CORP., f/k/a
Universal Music & Video Distribution
Corporation, SONY/ATV SONGS
LLC d/b/a Tree Publishing Company,
TOBY KEITH COVEL d/b/a Tokeco
Tunes, LLC, and BIG YELLOW
DOG, LLC.

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Stipulation of Dismissal with Prejudice. The Court having been advised that all claims have been resolved, it is:

**ORDERED AND ADJUGED** that the parties' Stipulation for Dismissal is hereby GRANTED. The above-styled action is therefore DISMISSED WITH PREJUDICE, each party to bear their own attorney's fees and costs. The Clerk may close this case and deny any pending motions as moot.

CASE NO.: 06-10114-CIV-KING

DONE and ORDERED this **23** day of **July**, 2007.

*[signature]*
UNITED STATES DISTRICT JUDGE

Copies to:

Geoffrey Parmer, Esq.
Nathan E. Eden, Esq.
John R. Hargrove, Esq.
Dana J. McElroy, Esq.
Jeffrey S. Grubman, Esq.
Donald Zakarin, Esq.